UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN D. JORDAN
3442 Oakwood Terrace, N.W.
Washington, D.C. 20010

    Plaintiff,

v.

UNITED STATES of AMERICA
Serve: United States Attorney for the
District of Columbia
Civil Process Clerk, Civil Division
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530

    Defendants

Civil Action No.:

## COMPLAINT
## FEDERAL TORT CLAIMS ACT

COMES NOW the plaintiff, Brian D. Jordan, by and through his attorneys, Duncan K. Brent, and the Kamerow Law Firm, P.L.L.C., and sues the Defendant, United States of America for injuries sustained under the Federal Tort Claims Act. The Plaintiff's injuries were caused by an employee of the United States General Services Administration acting within the scope of his employment. The Plaintiff is suing based on the grounds and in the amount as hereinafter set forth and states as follows:

### JURISDICTION AND VENUE

1.    This Court has proper jurisdiction under 28 U.S.C. §1346(b) Federal Tort Claims Act because this is a case where an employee of the government while acting within the scope of his employment caused personal injuries to the plaintiff.

2. This Court is the proper venue under 28 U.S.C. §1391(b)(2) because all of the events that gave rise to the plaintiff's claim occurred in the District of Columbia.

PARTIES

3. The plaintiff, Brian D. Jordan, is over the age of eighteen and a resident of the District of Columbia.

4. The defendant is the United States of America. The United States Department of Justice ("United States") is responsible for defending the United States of America from claims under the Federal Tort Claims Act. In this case, an employee of the United States General Services Administration ("GSA") acting within the scope of his employment caused injury to the Plaintiff.

STATEMENT OF FACTS

5. On Monday, September 30, 2013 at approximately 1:15 p.m. in the afternoon, plaintiff Brian D. Jordan was walking northbound on the west side of 12th Street, N.W. approaching the intersection with G Street, N.W. As he approached the intersection he had a green signal and a walk sign. He proceeded into the intersection. At that time, Charles Garris, a GSA employee and/or agent, was driving northbound on 12th Street, N.W. in a GSA owned 2009 Pontiac G6 four door sedan. Mr. Garris had a green light at the intersection of 12th Street and G Street, N.W. He proceeded to turn left onto G Street from 12th Street at the same time that claimant was walking in the crosswalk crossing G Street heading north on 12th Street. Mr. Garris did not see claimant until last second and slammed on brakes striking the plaintiff on his right knee and hip area. The force of the impact was such that Mr. Jordan was thrown up into the air landing on the hood of the Pontiac, bouncing off the hood and then hit the street on his right

leg. He landed in front of the Pontiac.

6. The plaintiff was dazed but conscious and he remained at the scene. A witness to the incident called 911 and Metropolitan Police Personnel and DC Fire and EMS personnel arrived on the scene within minutes. Plaintiff was examined by DCEMS paramedics, placed on a stretcher with immobilizing devices, and transported to Howard University Hospital Emergency Room.

7. At the time he was seen in the emergency room, Mr. Jordan was complaining of left hip, left leg and right leg pain and general pain.

8. Said incident resulted in serious, painful and permanent injuries to the plaintiff as hereinafter alleged.

## COUNT I - NEGLIGENCE

9. The allegations of paragraphs 1 through 8 of the Complaint are hereby re-alleged and incorporated as if fully stated herein.

10. The aforesaid occurrence was caused through the negligence, carelessness and recklessness of Charles Garris, an employee of the GSA while acting within the scope of his employment, in that he operated his motor vehicle in such a manner heretofore mentioned and described; failed to maintain proper control of his vehicle; failed to yield the right of way; failed to pay full time and attention to his driving; drove in a careless and reckless manner; and failed to obey other traffic regulations then and there in full force and effect.

11. The aforesaid occurrence was neither caused by nor contributed to by any act of the plaintiff, but was solely and proximately caused by the negligence Charles Garris in the operation of his motor vehicle.

12. At the said time and place, it was the duty of the said Charles Garris to operate said motor vehicle free from negligence and with due regard for the safety of other persons and pedestrians using the road and crosswalk areas.

13. As a direct and proximate result of Mr. Garris' negligence, as aforesaid, plaintiff has suffered painful and permanent injuries to his person, consisting of, but not limited to, injuries to his left hip, left leg and right leg, and has suffered and will continue to suffer mental anguish. By reason of the negligence of Mr. Garris in causing the aforesaid injuries, the plaintiff has incurred hospital and medical expenses and loss of employment income, and in the future will incur hospital and medical expenses and other expenses incidental and necessary to his recuperation connected with his injuries as aforesaid and loss of employment income.

14. At the time of his negligence, Mr. Garris was an employee of the United States General Services Administration acting within the scope of his employment and operating a motor vehicle owned by the United States General Services Administration which he was authorized to use.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Brian D. Jordan demands judgment against the Defendant United States of America, in the amount of Seventy Thousand Dollars ($70,000.00), plus costs of this suit and other such appropriate relief as the interests of justice may require.

Respectfully submitted,

_____
Duncan K. Brent        #445234
Kamerow Law Firm, P.L.L.C.
5001 Seminary Road
Suite 110
Alexandria, Virginia 22311
Telephone: (703) 370-8088
Facsimile: (703) 370-1714
Email: dbrent@kamerowlaw.com